**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 12, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00750-CV

## LEONOR CASTANEDA, JOSE SALVADOR HERRERA CASTANEDA, DAVID LEOBARDO HERRERA CASTANEDA, JASMIN GUADALUPE HERRERA CASTANEDA AND JESUS EMANUEL HERRERA CASTANEDA, Appellants

### V.

## EOG RESOURCES, INC., Appellee

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-52441D**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 6, 2015. On April 4, 2016, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion

is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Donovan, and Brown.